JOSEPHINE MONTELLO, as Administratrix, etc., of JOHN MONTELLO, Deceased, Appellant, v. LUMBER MUTUAL CASUALTY AND INSURANCE COMPANY OF NEW YORK, Respondent.— In view of the decision in *Montello* v. *Lombard* [*ante*, p. 765], decided herewith, this appeal is dismissed, without costs, and without prejudice to a motion to vacate the order of dismissal in the event that circumstances growing out of collateral litigation justify. No opinion. Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ., concur.

NORA F. MURPHY and Another, Respondents, v. FREDERICK G. ELTON, Appellant, and Others, Defendants.— Appeal by defendant Elton from a judgment in favor of plaintiffs in an action for personal injuries growing out of an accident involving three automobiles and a trolley car, all going in the same direction. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

KATHERINE MURRAY, Appellant, v. SARAH GREENBERG and Another, Respondents.— Action for personal injuries to a pedestrian as a consequence of a fall caused by a pebble on a sidewalk. Judgment for defendants, property owner and lessee, dismissing the complaint, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Johnston, JJ.

CLARA NEUFELD and Another, Appellants, v. HYMAN COHEN, Defendant; ROSIE COHEN, Respondent.— In an action by Clara Neufeld for personal injuries sustained when her left hand was struck by the metal edge of a window shade which fell from its support in the kitchen of her apartment, and by her husband for loss of services, judgment dismissing the complaint on the merits at the close of plaintiffs' case reversed on the law and a new trial granted, with costs to appellants to abide the event. Plaintiffs established a *prima facie* case. Lazansky, P. J., Young, Hagarty, Tompkins and Johnston, JJ., concur.

JAMES A. OLSEN and Another, Respondents, v. LOUISE LARSEN, Appellant, and Others, Defendants.— Order striking out the answer and amended answer of defendant, appellant, and granting summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.